Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC,<br><br>Plaintiff,<br><br>v.<br><br>WATAN NEWS, LLC, et al.,<br><br>Defendants. | Case No. 2:24−cv−08923−JLS−MAA<br>*Hon. Josephine L. Staton Presiding*<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Creative Photographers, Inc. hereby lodges its [Proposed] Judgment, attached hereto as Exhibit A, pursuant to the Court's March 26, 2025 Order filed under Docket No. 22.

|  |  | Respectfully submitted, |
|---|---|---|
| Dated: March 27, 2025 | By: | */s/ Stephen M. Doniger*<br>Stephen M. Doniger, Esq.<br>Benjamin F. Tookey, Esq.<br>DONIGER / BURROUGHS<br>*Attorneys for Plaintiff* |