**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATAN NEWS, LLC, et al., <br><br> Defendants. | Case No. 2:24-cv-08923-JLS-MAA <br><br> **JUDGMENT** |

IT IS HEREBY ORDERED THAT:

Judgment is hereby entered in favor of Creative Photographers, Inc. and against Defendant Watan News, LLC for copyright infringement in the total amount of $19,680.00, including $18,000 in statutory damages and $1,680 in attorneys' fees.

Date March 28, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE